IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM K. LAWRENCE,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-CV-2706** |
| : | |
| **CITY OF LANCASTER,** *et al.* : | |
|     Defendants. : | |

# ORDER

AND NOW, this 3rd day of August, 2021, upon consideration of William K. Lawrence's Motion *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Lawrence's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim as follows:

    a. Claims against Defendant the Manheim Police Department are **DISMISSED WITH PREJUDICE**;

    b. Claims against the City of Lancaster challenging Lawrence's arrest and the searches and seizures are **DISMISSED WITH PREJUDICE**; and

    c. Claims against the City of Lancaster challenging Lawrence's prosecution and convictions are **DISMISSED WITHOUT PREJUDICE** to Lawrence filing a new case only in the event his underlying convictions are reversed, vacated, or otherwise invalidated.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, J.**